FILED
United States Court of Appeals
Tenth Circuit

July 17, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| JANE ROE,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>COLORADO JUDICAL DEPARTMENT, a division of the State of Colorado, et al.,<br><br>    Defendants - Appellees.<br><br>and<br><br>COLORADO FREEDOM OF INFORMATION COALITION, et al.,<br><br>    Intervenors. | No. 25-1264<br>(D.C. No. 1:24-CV-03400-STV)<br>(D. Colo.) |

_____

**ORDER**

_____

This matter is before the court on Eugene Volokh and the Colorado Freedom of Information Coalition's *Motion to Intervene*. The motion states Appellant opposes the motion. Accordingly, **within 21 days** of the date of this order, Appellant shall file a response to the motion detailing the grounds for her opposition.

Failure to timely file a response shall result in the court deeming the motion unopposed and proceeding on that basis.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk